CORREA & TIRADO, Defendant, Appellant,

v.

Arthur J. GOLDBERG, Secretary of the United States Department of Labor, Plaintiff, Appellee.

No. 5857.

United States Court of Appeals First Circuit.

Feb. 20, 1962.

Walter L. Newsom, Jr., San Juan, P. R., with whom Enrique Cordova Diaz and Brown, Newsom & Cordova, San Juan, P. R., were on brief, for appellant.

Morton Liftin, Asst. Sol., Washington, D. C., with whom Charles Donahue, Solicitor of Labor, Beate Bloch, Attorney, Washington, D. C., and Kenneth P. Montgomery, Regional Attorney, San Juan, P. R., were on brief, for appellee.

Before WOODBURY, Chief Judge, and ALDRICH and GANEY,* Circuit Judges.

PER CURIAM.

One week before this case was set for trial plaintiff filed a motion for summary judgment, the granting of which it can support only by asking the court to take judicial notice of such generalities as would raise a broad and possibly nonexistent issue similar to the one we declined to pass upon unnecessarily in Compania De Ingenieros Y Contratistas, Inc. v. Goldberg, 1 Cir., 1961, 289 F.2d 78, but two weeks before. The plaintiff should know that it is wasted effort to lead a reluctant horse to water.

Judgment will be entered vacating the judgment and restraining order of the District Court and remanding the action for further proceedings not inconsistent herewith.

* Sitting by assignment.

SWEETWATER RUG CORP. and Cobble Bros. Machinery Co., Inc., Plaintiffs-Appellants,

v.

J. & C. BEDSPREAD COMPANY, Inc., Defendant-Appellee.

No. 180, Docket 27121.

United States Court of Appeals Second Circuit.

Argued Feb. 5, 1962.

Decided Feb. 23, 1962.

Harry Price, New York City, for plaintiffs-appellants.

George E. Faithfull, New York City, Ernest P. Rogers and Thomas C. Shelton, Atlanta, Ga., for defendant-appellee. Davis, Hoxie, Faithfull & Hapgood, New York City, and Smith, Kilpatrick, Cody, Rogers & McClatchey, Atlanta, Ga., of counsel.

Before SWAN, WATERMAN and MARSHALL, Circuit Judges.

PER CURIAM.

Plaintiffs' action sought (1) a declaration that two United States patents issued to Joseph K. McCutcheon are invalid and not infringed; (2) an order restraining defendant from threatening or issuing warning notices to the trade or to customers or suppliers or associates of plaintiffs; and (3) an accounting for damages and profits. Defendant moved to dismiss the action for lack of an indispensable party, namely, the patentee. In a well reasoned opinion Judge Herlands granted the motion.

The judgment is affirmed on the opinion below, 198 F.Supp. 941.